IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MANDUJANO,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Respondent. | No. CV-F-05-1098 REC<br>(No. CR-F-03-5199 OWW)<br><br>ORDER DIRECTING UNITED STATES TO RESPOND TO PETITIONER'S MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 WITHIN **45** DAYS |

　　　On August 26, 2005, petitioner Rosa Mandujano filed a motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.

　　　Petitioner's Section 2255 motion was transferred from the docket of Judge Wanger to the docket of Judge Coyle pursuant to Rule 4(a), Rules Governing Section 2255 Proceedings because Judge Coyle conducted all proceedings involving petitioner.  Any further pleadings filed in connection with this Section 2255 motion shall set forth the case number "No. CV-F-05-1098 REC".

　　　From the court's initial review of petitioner's motion, the

1 | court cannot determine that petitioner is not entitled to relief.
2 | Therefore, the court orders the United States to respond to
3 | petitioner's motion.
4 |     ACCORDINGLY:
5 |     1.  The United States shall file a response to petitioner's
6 | Section 2255 motion within 45 days of the filing date of this
7 | Order.  Such response shall be filed in No. CV-F-05-1098 REC.
8 |     2.  Petitioner's reply, if any, shall be filed within 30
9 | days thereafter.  Such reply shall be filed in No. CV-F-05-1098
10 | REC.  All further proceedings shall be by order of this court.
11 |     IT IS SO ORDERED.
12 | **Dated:  December 20, 2005**            **/s/ Robert E. Coyle**
   | 668554                                  UNITED STATES DISTRICT JUDGE

2