McGREGOR W. SCOTT
United States Attorney
STANLEY A. BOONE
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>             Plaintiff,     ) <br> ) <br>     v.                      ) <br> ) <br> ROSA MANDUJANO,              ) <br> ) <br>             Defendant.     ) <br> ) <br>_____ ) | CV. F.- 05-1098 REC <br> CR. F.- 03-5199 REC <br><br> GOVERNMENT'S MOTION FOR <br> EXTENSION OF TIME TO RESPOND TO <br> DEFENDANT'S SECTION 2255 MOTION |

   IT IS HEREBY ORDERED, that the government may have until April 10, 2006, to respond to the defendant's motion in this matter, seeking relief pursuant 28 U.S.C. § 2255.

DATED:   February 10, 2006        /s/ ROBERT E. COYLE
                                  ROBERT E. COYLE
                                  U.S. District Court Judge