IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MANDUJANO,           ) | 1:05-CV-1098  AWI |
|                           ) | |
|     Petitioner,           ) | (No. 03-cr-5199  REC) |
|                           ) | |
| v.                        ) | |
|                           ) | ORDER FOR PETITIONER TO |
| UNITED STATES OF AMERICA, ) | SHOW CAUSE |
|                           ) | |
|     Respondent.          ) | |

    On December 24, 2008, this Court issued an order that disposed of most of the issues raised by Petitioner in her 28 U.S.C. § 2255 motion and required Petitioner's former attorney to respond.  See Court's Criminal Docket Doc. No. 150.  On January 12, 2009, Petitioner's former attorney filed his responding declaration.  See id. at Doc. No. 151.  The Court shortly thereafter ordered the United States to file a response.  See id. at Doc. No. 152.  On February 2, 2009, the United States filed a response.  See id. at Doc. No. 155.  In part, the United States indicates that Petitioner has been released.  See id.  Further, a review of the docket indicates that filings mailed to Petitioner's last known address were returned as undeliverable with a notation, "not here, released."  See id. at Doc. No. 154.

    Under the local rules, all parties, including those appearing *in propria persona*, are under a continuing duty to notify the Court of their current address or telephone number.  See Local Rules 83-182(f).  The failure to follow local rules are grounds for the Court to impose all sanctions that are authorized by statute or Rule or within the inherent power of the Court.  See Local Rules 11-110.  Since Petitioner has not informed the Court of a change of address and has

1  been released since July 2007, <u>see</u> Court's Docket Doc. No. 155 (United States's Opposition) at
2  pp. 13-14, it appears to the Court that Petitioner is no longer interested in these proceedings.
3  Given the strain on the Court's docket and the failure of Plaintiff to notify the Court of her
4  current contact information, the Court believes it is necessary for the Petitioner to show cause
5  why this case should not be dismissed due to the failure to provide a current address or telephone
6  number as required by the local rules.  <u>See</u> Local Rules 11-110, 83-132(f).

8      Accordingly, IT IS HEREBY ORDERED that Petitioner is to show cause in writing no
9  later than ten (10) days from service of this order why this case should not be dismissed as
10 discussed above.

12 IT IS SO ORDERED.
13 **Dated:   February 5, 2009**　　　　　　　　　　　　**/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE